UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL F. BAILES, | ) |
|             Plaintiff, | ) NO. CV-05-240-CI |
| vs. | ) ORDER GRANTING APPROVAL AND ENTRY OF ORDER RE: CONFIDENTIALITY AND PROTECTIVE ORDER |
| BACKGROUND PROFILES, INC., a California corporation, | ) |
|             Defendant. | ) |

THIS MATTER having come before the court on the Joint Motion for Approval and Entry of Order Re: Confidentiality and Protective Order, the court having reviewed the Motion and the records and file herein, and the court finding that good cause for granting the Motion has been shown,

**IT IS ORDERED** that the Joint Motion for Approval and Entry of Order Re: Confidentiality and Protective Order **(Ct. Rec. 15)** is **GRANTED.**

DATED July 24, 2006.

                      S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

*