```
 1  JEFFREY M. KREUTZ, ESQ.
    Meyer, Fluegge & Tenney, P.S.
 2  P.O. BOX 22680
    Yakima, WA  98907-2680
 3  (509) 575-8500
    Attorneys for Defendant
 4
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL F. BAILES, ) | NO. CV-05-240-CI |
| Plaintiff, ) | |
| ) | STIPULATED ORDER OF |
| vs. ) | DISMISSAL WITH PREJUDICE |
| ) | AND WITHOUT COSTS |
| BACKGROUND PROFILES, INC., a ) | |
| California corporation, ) | |
| Defendant. ) | |

The parties having stipulated for the dismissal of the above action, acting by and through their attorneys of record, and the Court being fully informed in the premises, now upon the joint stipulation of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's Complaint and the above-entitled action be, and the same are hereby dismissed with prejudice and without costs.

DATED September 28, 2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

*